EDITH L. NICKISCH, Respondent, *v.* MADISON 34TH STREET CORP., Appellant.

Argued February 28, 1946; decided April 12, 1946.

*Alexander E. Rosenthal, Mordecai Goldberg* and *Irving Segal* for appellant.

*Abraham Kantor* and *Samuel Feuer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Dissenting: THACHER, J. MEDALIE, J., deceased.